THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY COCHRANE, dba LAW OFFICE OF JENNY COCHRANE<br><br>Plaintiff,<br>v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C19-1253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reschedule the status conference in this matter (Dkt. No. 11). Having thoroughly reviewed the parties' stipulation and the relevant record, the Court hereby GRANTS the motion. The Court hereby VACATES the status conference currently set for November 26, 2019 and SETS the status conference for November 5, 2019 at 9:00 a.m.

//

//

//

//

MINUTE ORDER
C19-1253-JCC
PAGE - 1

1      DATED this 21st day of October 2019.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Tomas Hernandez</u>
                                                  Deputy Clerk

MINUTE ORDER
C19-1253-JCC
PAGE - 2