UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY COCHRANE, dba LAW OFFICE OF JENNY COCHRANE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C19-1253-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to seal (Dkt. No. 17). The parties request that the Court maintain under seal an exhibit filed by Defendant in support of its motion for summary judgment. (*See id*. at 1; Dkt. No. 23.) In October 2019, the Court entered a protective order limiting the disclosure of "confidential" information produced by the parties. (*See* Dkt. No. 10.) The protective order provides that the "WSBA grievance proceedings, Diversion Contract, supporting affidavits, supporting declarations, etc. shall be considered 'confidential' to the same extent they are considered 'confidential' under the Rules for Enforcement of Lawyer Conduct." (*See id*.)

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). This presumption applies particularly to "dispositive pleadings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). To

overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Id.*

The exhibit the parties seek to maintain under seal contains information defined as "confidential" under the protective order entered by the Court. (*See* Dkt. Nos. 10, 23.) Further, Plaintiff has a strong interest in maintaining the confidentiality of the information contained in the exhibit that outweighs the public's interest in its disclosure. *See* W.D. Wash. Local Civ. R. 5(g); *Kamakana*, 447 F.3d at 1179. Therefore, the Court hereby GRANTS the parties' stipulated motion to seal (Dkt. No. 17). The Clerk is DIRECTED to maintain Docket Number 23 under seal.

DATED this 23rd day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE