

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURT HOUSE
SEATTLE, WASHINGTON 98101
(206) 370-8800

JOHN C. COUGHENOUR
United States District Judge

May 26, 2020

Dear counsel,

    As reflected in the General Orders recently issued by the Western District of Washington, the coronavirus pandemic has substantially affected the Court's ability to conduct in-person proceedings. It is the considered view of most judges in the Western District of Washington that criminal jury trials are not likely to resume prior to 2021 and that civil trials will resume later than that. The Court cannot configure its courtroom for trial while complying with the social distancing guidelines promulgated by local and national health officials, and the Court is not confident that potential jurors will (or should) respond to subpoenas before they are convinced that it is safe to do so. The Court also anticipates having to process its criminal docket in order to comply with its Speedy Trial Act obligations before it may again hear civil trials.

    However, the Court believes that it is important to maintain existing case schedules to the greatest extent possible under the current circumstances. Therefore, in granting future continuances of trial dates, the Court will keep the current pretrial deadlines absent a showing of good cause to extend such deadlines. This will ensure that trials are efficiently resolved once in-court proceedings are safe for the parties, counsel, and jurors.

    Very truly yours,

*John C Coughenour*

John C. Coughenour
United States District Judge
Western District of Washington